# In the United States Court of Federal Claims

**Nos. 98-393 C, 98-389C, 98-390C, 98-391C, 98-392C, 97-559C, 97-560C, 97-413C, 97-386C, 97-828C, 97-827C, 96-297C & 96-589C.**

**DILLINGHAM EMBASSY CONSTRUCTORS, A JOINT VENTURE,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed November 10, 2003, and the court's order of November 13, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States, in case no.. 98-393C, the sum of $4,000,000.00, inclusive of interest, with each party to bear its own costs, expenses, and attorney fees.

IT IS FURTHER ORDERED AND ADJUDGED that the complaints in case nos: 98-389C, 98-390C, 98-391C, 98-392C, 97-559C, 97-560C, 97-413C, 97-386C, 97-828C, 97-827C, 96-297C & 96-589C, are dismissed.

Brian Bishop
Acting Clerk of Court

**November 13, 2003**

By: s/ Lisa L. DeFade

Deputy Clerk